

# Fourth Court of Appeals
## San Antonio, Texas

February 24, 2014

No. 04-13-00631-CR

Jose **HERNANDEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR6911
Honorable Philip A. Kazen, Jr., Judge Presiding

# O R D E R

   Appellant's original appellate counsel Victor M. Valdés filed a motion to withdraw as Appellant's attorney. The motion was incomplete, and we abated this appeal and remanded it to the trial court to consider counsel's motion. The trial court granted Victor M. Valdés's motion to withdraw, and appointed Michael D. Robbins of the Bexar County Appellate Public Defender's Office to represent Appellant. *See* TEX. CODE CRIM. PROC. ANN. art. 26.04 (West 2013).

   We ORDER the clerk of this court to REINSTATE this appeal on this court's docket. Appellant's brief is due thirty days from the date of this order. *See* TEX. R. APP. P. 38.6.

_____
Patricia O. Alvarez, Justice

   IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court